IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> CAMARGO TRUCKING, a California corporation, LUIS G. CAMARGO, an individual, <br><br> Defendants. | 1: 12-CV-0775 AWI BAM <br><br> **ORDER RELATING CASES** |

| | |
|---|---|
| **BILLY GENE OLVEDA,** | **NEW CASE NUMBERS** |
| Plaintiff, | 1:12-CV-01359 AWI BAM |
| v. | 1:12-CV-01234 AWI BAM |
| | 1:12-CV-01576 AWI BAM |
| **LUIS CAMARGO,** | 1:12-CV-01554-AWI BAM |
| | |
| **MARC BENNETT,** | **OLD CASE NUMBERS** |
| Plaintiff, | 1:12-CV-01359-LJO-BAM |
| v. | 1:12-CV-01234-AWI-JLT |
| | 1:12-CV-01576-AWI-SMS |
| **CAMARGO TRUCKING,** | 1:12-CV-01554-LJO-SKO |
| | |
| **SABRINA COMBS,** | |
| Plaintiff, | |
| v. | |
| **AMTRACK, et al.,** | |
| | |
| **JOYCE SORIANO-MCDOWELL,** | |
| Plaintiff, | |
| v. | |
| **LUIS CAMARGO, et al,** | |
| Defendants. | |

The court finds that <u>Billy Gene Olveda v. Luis Camargo, et al.</u>, 1:12-CV-01359 LJO BAM, <u>Marc Bennett v. Camargo Trucking</u>, 1:12-CV-01234 AWI JLT, <u>Sabrina Combs v. Amtrak, et al.</u>, 1:12-CV-01576 AWI SMS, and <u>Joyce Soriano-McDowell v. Luis Camargo, et al.</u>, 1:12-CV-01554 LJO SKO are similar to <u>National Railroad Passenger Corporation v. Camargo Trucking, etc.</u>, 1:12-CV-00775 AWI BAM in that all cases appear to involve similar questions of fact and law and assignment to the same Judges is likely to effect a substantial savings of judicial

2

effort. See Local Rule 83. Therefore, IT IS HEREBY ORDERED THAT all the related actions be assigned to the same Judges as National Railroad Passenger Corporation v. Camargo Trucking, etc., 1:12-CV-00775 AWI BAM, as it is the lower numbered case. IT IS FURTHER ORDERED THAT all future pleadings shall include the new case numbers.

IT IS SO ORDERED.

Dated:   October 10, 2012                                    _____
                                                                                   CHIEF UNITED STATES DISTRICT JUDGE