IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER ) <br> CORPORATION, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAMARGO TRUCKING, a California ) <br> corporation, LUIS G. CAMARGO, an ) <br> individual, ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) <br> _____) | 1: 12-CV-0775 AWI BAM <br><br> **ORDER RELATING CASES** |

| | |
|---|---|
| **BILLY GENE OLVEDA,** <br>       **Plaintiff,** <br>   v. <br> **LUIS CAMARGO,** <br><br> **MARC BENNETT,** <br>       **Plaintiff,** <br>   v. <br> **CAMARGO TRUCKING,** <br><br> **SABRINA COMBS,** <br>       **Plaintiff,** <br>   v. <br> **AMTRACK, et al.,** <br><br> **JOYCE SORIANO-MCDOWELL,** <br>       **Plaintiff,** <br>   v. <br> **LUIS CAMARGO, et al,** <br>       **Defendants.** | **NEW CASE NUMBERS** <br><br> 1:12-CV-01359 AWI BAM <br> 1:12-CV-01234 AWI BAM <br> 1:12-CV-01576 AWI BAM <br> 1:12-CV-01554-AWI BAM <br><br><br> **OLD CASE NUMBERS** <br><br> 1:12-CV-01359-LJO-BAM <br> 1:12-CV-01234-AWI-JLT <br> 1:12-CV-01576-AWI-SMS <br> 1:12-CV-01554-LJO-SKO |

The court finds that Billy Gene Olveda v. Luis Camargo, et al., 1:12-CV-01359 LJO BAM, Marc Bennett v. Camargo Trucking, 1:12-CV-01234 AWI JLT, Sabrina Combs v. Amtrak, et al., 1:12-CV-01576 AWI SMS, and Joyce Soriano-McDowell v. Luis Camargo, et al., 1:12-CV-01554 LJO SKO are similar to National Railroad Passenger Corporation v. Camargo Trucking, etc., 1:12-CV-00775 AWI BAM in that all cases appear to involve similar questions of fact and law and assignment to the same Judges is likely to effect a substantial savings of judicial

effort.  <u>See</u> Local Rule 83.  Therefore, IT IS HEREBY ORDERED THAT all the related actions be assigned to the same Judges as <u>National Railroad Passenger Corporation v. Camargo Trucking, etc.</u>, 1:12-CV-00775 AWI BAM, as it is the lower numbered case.  IT IS FURTHER ORDERED THAT all future pleadings shall include the new case numbers.

IT IS SO ORDERED.

Dated:     October 10, 2012                                  /s/ *signature*

CHIEF UNITED STATES DISTRICT JUDGE

3