1
2
3
4

# UNITED STATES DISTRICT COURT

5

## EASTERN DISTRICT OF CALIFORNIA

6
7
NATIONAL RAILROAD PASSENGER CORPORATION,                      )
)          1:12-cv-775 AWI-BAM
)

8
        Plaintiff,                                    )          **ORDER DIRECTING PLAINTIFFS TO**
)          **RETURN CONSENT FORMS**

9
    v.                                                         )
)

10
CAMARGO TRUCKING, *et al.*,                                      )
)

11
        Defendants.

12
_____

13

14
    On January 7, 2012, the Court granted National Railroad Passenger Corporation and BNSF

15
Railway Company's Motions to Consolidate action numbers 1:12-cv-775 AWI-BAM, with action

16
numbers 1:12-cv-1234 AWI-BAM, 1:12-cv-1359 AWI-BAM, 1:12-cv-1554 AWI-BAM, 1:12-cv-

17
1576 AWI-BAM, and 1:12-cv-1923 AWI-BAM, all arising from the same train accident.  Prior to that

18
date, parties National Railroad Passenger Corporation, BNSF Railway Company, Luis Camargo, and

19
Joyce Soriano-McDowell filed a consent to jurisdiction of the United States Magistrate Judge Barbara

20
A. McAuliffe for all purposes, including trial.  Plaintiffs Marc Alexander Bennett, Billy Gene Olveda,

21
Sabrina Combs and Rubiela Behrens ("Remaining Passenger Plaintiffs") have not yet affirmatively

22
indicated whether they consent to or decline magistrate judge jurisdiction.  Accordingly, the

23
Remaining Passenger Plaintiffs are **ORDERED** to affirmatively indicate whether they consent to or

24
decline the jurisdiction of the U.S. Magistrate Judge pursuant to 28 U.S.C. § 636 (C) by completing

25
and filing the consent form attached at 1:12-cv-775 AWI-BAM, Docket Entry 6, with the Clerk's

26
Office no later than **January 21, 2013.**

27
    Due to the overwhelming caseload already assigned to the two U.S. District Judges in this

28
division–more than twice the national average for District Judges–Plaintiffs are strongly encouraged

1  to consider consenting to the jurisdiction of the U.S. Magistrate Judge pursuant to 28 U.S.C. § 636(C)

2  for all purposes including trial and entry of Judgment.  Consent to a Magistrate Judge does not, in any

3  way, affect a party's legal rights, including the right to a jury trial.  Plaintiffs are advised that there

4  will be no adverse substantive consequences if they choose not to consent as provided by

5  FED.R.CIV.P. 73(b)(2).

6

7     IT IS SO ORDERED.

8  **Dated:   January 8, 2013**          **/s/ Barbara A. McAuliffe**
                                         UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28