UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, <br><br> Plaintiffs, <br><br> vs. <br><br> CAMARGO TRUCKING, *et. al.*, <br><br> Defendants. | CASE NO. 1:12-cv-0775-AWI-BAM <br><br> **ORDER AFTER INITIAL SCHEDULING CONFERENCE AND STAY OF DISCOVERY** |

On February 7, 2013, the Court held an Initial Scheduling Conference. (Doc. 29.) The parties discussed postponing the scheduling of case management dates pending the outcome of mediation. The parties also discussed limiting discovery during this period. The parties stipulated to allow the Court to rule informally and off the record on these matters. Having considered the arguments of the parties, the Court rules as follows:

The Court sets a Telephonic Status Conference for May 8, 2013, at 9:00 AM, in Courtroom 8, before Magistrate Judge Barbara A. McAuliffe. The parties shall file a joint status report no later than May 1, 2013, informing the Court of the status of settlement negotiations.

All parties have informed the Court they would consent to conducting all proceedings before the assigned Magistrate Judge. Any party that has not filed their notice of consent to Magistrate Judge jurisdiction shall do so no later than February 15, 2013.

The Court FURTHER ORDERS that all discovery is STAYED with the following exception: The parties shall complete initial disclosures pursuant to Fed. R. Civ. P. 26(a) no later than March 4, 2013.

IT IS SO ORDERED.

Dated:   February 8, 2013              /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE