UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, *et al*.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CAMARGO TRUCKING, *et al.*,<br><br>　　　　　Defendants.<br>_____/ | Case No. 1:12-cv-0775-BAM<br><br>**ORDER AFTER SETTLEMENT** |

　　　The parties have filed a Notice of Settlement indicating that settlement has been reached as to all parties in the above-entitled action as well as the consolidated actions:

　　　1.　*Marc Alexander Bennett v. Camargo Trucking*, *et al.*;

　　　2.　*Billy Gene Olveda v. Camargo Trucking, et al.*;

　　　3.　*Joyce Soriano-McDowell v. Camargo Trucking, et al.*;

　　　4.　*Sabrina Combs v. Amtrak, et al.*;

　　　5.　*Rubiela Behrens v. National Railroad Passenger Corp, et al.*,

　　　*See* (Doc. 52).  Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, no later than October 22, 2013, to file appropriate papers to dismiss or conclude this action in its entirety.

1

1  This Court VACATES all pending dates and matters.

2  Failure to comply with this order may be grounds for the imposition of sanctions on counsel or
3  parties who contributed to violation of this order.  *See* Local Rule 160 and Local Rule 272.

4

5  IT IS SO ORDERED.

6  Dated:   **August 23, 2013**                    /s/ *Barbara A. McAuliffe*
7                                                  UNITED STATES MAGISTRATE JUDGE