1   John Richard Haluck (SBN 090956)
    john.haluck@knchlaw.com
2   Gregory Steven Warner (SBN 282490)
    gregory.warner@knchlaw.com
3   KOELLER, NEBEKER, CARLSON & HALUCK, LLP
    1478 Stone Point Drive, Suite 400
4   Roseville, CA  95661
    Telephone:  (916) 724-5700
5   Facsimile:   (916) 788-2850

6   Attorneys for Defendant LUIS G. CAMARGO dba
    CAMARGO TRUCKING

7

8                   **UNITED STATES DISTRICT COURT**

9           **EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| 10  NATIONAL RAILROAD PASSENGER CORPORATION, | **Case No.:** 1:12-cv-00775-BAM |
| 11                     Plaintiff, | (Consolidated with 1:12-cv-01234-AWI-BAM; 1:12-cv-01359-AWI-BAM; 1:12-cv-01554-AWI-BAM; 1:12-cv-01576-AWI-BAM; 1:12-cv-01923-AWI-BAM) |
| 12  v. | |
| 13  CAMARGO TRUCKING, a California corporation, LUIS G. CAMARGO, an individual, | |
| 14 | STIPULATION AND ORDER OF DISMISSAL |
| 15                     Defendants. | Action Filed:  May 10, 2012 |
| 16 | Trial: Not Set |
| 17  AND RELATED ACTIONS | Magistrate Judge Barbara A. McAuliffe |
| 18 | |

19          IT IS HEREBY STIPULATED by and between plaintiffs NATIONAL RAILROAD

20  PASSENGER CORPORATION; RUBIELA BEHRENS; MARC ALEXANDER BENNETT;

21  SABRINA COMBS; BILLY GENE OLVEDA; and, JOYCE SORIANO-MCDOWELL, and

22  defendants LUIS GUTIERREZ CAMARGO, individually and doing business as CAMARGO

23  TRUCKING; NATIONAL RAILROAD PASSENGER CORPORATION, dba AMTRAK; and,

24  BNSF RAILWAY COMPANY, (also erroneously sued as Burlington Northern Santa Fe

25  Railroad), through their designated counsel, that the above-captioned action be and hereby is

26  dismissed with prejudice pursuant to Federal Rules of Civil Procedure, rule 41(a)(1).  A global

27  settlement being reached, each party agrees to bear their own costs, and all parties who alleged

28  affirmative claims for personal injury against National Railroad Passenger Corporation dba

1

1  Amtrak, and/or BNSF Railway Company, are dismissing all of their claims against these parties

2  in exchange for a waiver of costs.

3  DATED:                          **KOELLER, NEBEKER, CARLSON & HALUCK, LLP**

4

5                                          /S/
   _____
6  BY:           JOHN RICHARD HALUCK
                 Gregory Steven Warner
7  Attorneys for Defendant LUIS G. CAMARGO dba
                 CAMARGO TRUCKING

8  DATED:                          **LOMBARDI, LOPER & CONANT, LLP**

9

10  _____/S/_____

11  BY:           B. CLYDE HUTCHINSON
    ATTORNEYS FOR PLAINTIFF AND DEFENDANT
12  NATIONAL RAILROAD PASSENGER CORPORATION
                 DBA AMTRAK

13  DATED:                          **LOMBARDI, LOPER & CONANT, LLP**

14

15                                          /S/
    _____
16  BY:           B. CLYDE HUTCHINSON
                 ATTORNEYS FOR DEFENDANT
17               BNSF RAILWAY COMPANY

18  DATED:                          **ARNOLD LAW FIRM**

19                                          /S/
    _____
20  BY:           CLAYEO C. ARNOLD
                 ATTORNEYS FOR PLAINTIFF
21               RUBIELA BEHRENS

22  DATED:                          **CHILD & GORDON, A PROFESSIONAL LAW
                                    CORPORATION**
23

24                                          /S/
    _____
25  BY:           ERIK E. CHILD
                 ATTORNEYS FOR PLAINTIFF
26               MARC ALEXANDER BENNETT

27  /////

28  /////

2

1    DATED:

2                                                                    /S/

3    _____
                               BY:            RONALD D. SMITH
                                              ATTORNEY FOR PLAINTIFF
4                                             SABRINA COMBS

5    DATED:                            **SAMUEL JEFFERSON FRAZIER, III**

6
                                                                    /S/
7    _____
                               BY:            SAM FRAZIER
8                                             ATTORNEYS FOR PLAINTIFF
                                              BILLY GENE OLVEDA
9
     DATED:
10
                                                                    /S/
11   _____
                               BY:            DEBORAH CHODOS
12                                            ATTORNEY FOR PLAINTIFF
                                              JOYCE SORIANO-MCDOWELL
13

14

15                                         **ORDER**

16         Based on the stipulation of the parties, the above-captioned action is hereby dismissed

17   with prejudice.

18

19   IT IS SO ORDERED.

20       Dated:   __October 10, 2013__          ____/s/ *Barbara A. McAuliffe*____

21                                              UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

                                              3