John Richard Haluck (SBN 090956)
john.haluck@knchlaw.com
Gregory Steven Warner (SBN 282490)
gregory.warner@knchlaw.com
KOELLER, NEBEKER, CARLSON & HALUCK, LLP
1478 Stone Point Drive, Suite 400
Roseville, CA  95661
Telephone:  (916) 724-5700
Facsimile:   (916) 788-2850

Attorneys for Defendant LUIS G. CAMARGO dba
CAMARGO TRUCKING

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CAMARGO TRUCKING, a California corporation, LUIS G. CAMARGO, an individual,<br><br>Defendants.<br><br>AND RELATED ACTIONS | **Case No.:** 1:12-cv-00775-BAM<br><br>(Consolidated with 1:12-cv-01234-AWI-BAM; 1:12-cv-01359-AWI-BAM; 1:12-cv-01554-AWI-BAM; 1:12-cv-01576-AWI-BAM; 1:12-cv-01923-AWI-BAM)<br><br>STIPULATION AND ORDER OF DISMISSAL<br><br>Action Filed:  May 10, 2012<br><br>Trial: Not Set<br><br>Magistrate Judge Barbara A. McAuliffe |

    IT IS HEREBY STIPULATED by and between plaintiffs NATIONAL RAILROAD PASSENGER CORPORATION; RUBIELA BEHRENS; MARC ALEXANDER BENNETT; SABRINA COMBS; BILLY GENE OLVEDA; and, JOYCE SORIANO-MCDOWELL, and defendants LUIS GUTIERREZ CAMARGO, individually and doing business as CAMARGO TRUCKING; NATIONAL RAILROAD PASSENGER CORPORATION, dba AMTRAK; and, BNSF RAILWAY COMPANY, (also erroneously sued as Burlington Northern Santa Fe Railroad), through their designated counsel, that the above-captioned action be and hereby is dismissed <u>with prejudice</u> pursuant to Federal Rules of Civil Procedure, rule 41(a)(1).  A global settlement being reached, each party agrees to bear their own costs, and all parties who alleged affirmative claims for personal injury against National Railroad Passenger Corporation dba

1  Amtrak, and/or BNSF Railway Company, are dismissing all of their claims against these parties
2  in exchange for a waiver of costs.

3  DATED:                                    **KOELLER, NEBEKER, CARLSON & HALUCK, LLP**

                                             /S/
                                             _____
                                             BY:     JOHN RICHARD HALUCK
                                                     Gregory Steven Warner
                                             Attorneys for Defendant LUIS G. CAMARGO dba
                                                     CAMARGO TRUCKING

   DATED:                                    **LOMBARDI, LOPER & CONANT, LLP**

                                             _____/S/_____
                                             BY:     B. CLYDE HUTCHINSON
                                             ATTORNEYS FOR PLAINTIFF AND DEFENDANT
                                             NATIONAL RAILROAD PASSENGER CORPORATION
                                                     DBA AMTRAK

   DATED:                                    **LOMBARDI, LOPER & CONANT, LLP**

                                             /S/
                                             _____
                                             BY:     B. CLYDE HUTCHINSON
                                             ATTORNEYS FOR DEFENDANT
                                             BNSF RAILWAY COMPANY

   DATED:                                    **ARNOLD LAW FIRM**

                                             /S/
                                             _____
                                             BY:     CLAYEO C. ARNOLD
                                             ATTORNEYS FOR PLAINTIFF
                                             RUBIELA BEHRENS

   DATED:                                    **CHILD & GORDON, A PROFESSIONAL LAW
                                             CORPORATION**

                                             /S/
                                             _____
                                             BY:     ERIK E. CHILD
                                             ATTORNEYS FOR PLAINTIFF
                                             MARC ALEXANDER BENNETT

27  /////
28  /////

1  DATED:

2                                          /S/
   _____
3  BY:         RONALD D. SMITH
               ATTORNEY FOR PLAINTIFF
4              SABRINA COMBS

5  DATED:            **SAMUEL JEFFERSON FRAZIER, III**

6
                                           /S/
7  _____
   BY:         SAM FRAZIER
8              ATTORNEYS FOR PLAINTIFF
               BILLY GENE OLVEDA
9  DATED:

10
                                           /S/
11 _____
   BY:         DEBORAH CHODOS
12             ATTORNEY FOR PLAINTIFF
               JOYCE SORIANO-MCDOWELL
13

14

15                               **ORDER**

16    Based on the stipulation of the parties, the above-captioned action is hereby dismissed

17 with prejudice.

18
   IT IS SO ORDERED.
19

20    Dated:   **October 10, 2013**           /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE
21

3

Case No: 1:12-cv-0775-BAM        STIPULATION AND ORDER OF DISMISSAL